JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINX INTERNATIONAL, INC., a California corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; and DOES 1-10,<br><br>       Defendant. | CV22-02699-RSWL-MRWx<br>CV22-02736-RSWL-MRWx<br>CV22 02737 RSWL MRWx<br><br>**ORDER re: Defendant's Motion to Consolidate Cases** |

    Plaintiff Minx International, Inc. ("Plaintiff") brings this Action against Defendant Shein Distribution Corporation ("Defendant") for Defendant's alleged infringement of Plaintiff's copyrighted artwork. Currently before the Court is Defendant's Motion to Consolidate, which seeks to consolidate this Action with two other Actions Plaintiff filed against Defendant concerning the same copyrighted work. Plaintiff does not oppose. Having reviewed all papers submitted

pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:** the Court **GRANTS** Defendant's Motion.

### I.   BACKGROUND

Plaintiff is a corporation engaged in the business of textile printing. Compl. ¶ 8, ECF No. 1. Plaintiff's design team composed an original two-dimensional artwork to be used on Plaintiff's products (the "Design"). Id. Plaintiff has received a United States Copyright Registration for the Design. Id. ¶ 9. Plaintiff sampled and sold fabric bearing the Design to various parties in the fashion industry. Id. ¶ 10. Thereafter, Defendant created and/or distributed garments made of fabric bearing an unauthorized reproduction of the Design. Id. ¶ 11.

Plaintiff filed a complaint against Defendant on April 22, 2022, for copyright infringement. See Minx Int'l, Inc. v. Shein Distrib. Corp., No. 2:22-cv-02736-RSLW-MRW. Three days later, Plaintiff filed two additional complaints against Defendant. See Minx Int'l, Inc. v. Shein Distrib. Corp., No. 2:22-cv-02736-RSLW-MRW; Minx Int'l, Inc. v. Shein Distrib. Corp., No. 2:22-cv-02737-RSLW-MRW. All three cases involve the same parties and same Design but allege that different garments created and/or distributed by Defendants violate Plaintiff's copyright.

### II.   DISCUSSION

"If actions before the court involve a common question of law or fact, the court may . . . consolidate

1  the actions." Fed. R. Civ. P. 42(a)(2).  A court has
2  "broad discretion under this rule to consolidate cases
3  pending in the same district." Invs. Research Co. v.
4  U.S. District Court, 877 F.2d 777, 777 (9th Cir. 1989).
5  The common question of law or fact does not have to
6  predominate so long as one exists and consolidation
7  would prove beneficial.  Dolores Press, Inc. v.
8  Robinson, No. 2:15-cv-02562-R-PLA, 2019 WL 12095416, at
9  *1 (C.D. Cal. Aug. 13, 2019).
10      Here, each of the three cases involves the same
11 copyrighted work and the same allegations of copyright
12 infringement by Defendant.  Though Defendant has not yet
13 responded to the Complaint in any of these cases, it
14 will likely assert the same defenses and arguments in
15 each.  Moreover, the cases all share an important
16 preliminary legal issue: the validity of Plaintiff's
17 copyright over the Design.  Consolidating these actions
18 will therefore save time and resources for both the
19 parties and the Court.  Because of the common questions
20 of law and fact, and in light of Plaintiff's non-
21 opposition, the Court **GRANTS** Defendant's Motion to
22 consolidate the three actions.  See Dolores Press, 2019
23 WL 12095416, at *1-2 (granting a motion to consolidate
24 where all cases concerned the same collection of
25 copyrighted works).

### III.   CONCLUSION

27   Based on the foregoing, the Court **GRANTS**
28 Defendant's Motion.  The low number case, Minx Int'l,

Inc. v. Shein Distrib. Corp., No. 2:22-cv-02699-RSLW-MRW, shall serve as the master case file. Counsel shall file documents relevant to any of the three actions under the master case. The Clerk is directed to close the following cases: Minx Int'l, Inc. v. Shein Distrib. Corp., No. 2:22-cv-02736-RSLW-MRW; and Minx Int'l, Inc. v. Shein Distrib. Corp., No. 2:22-cv-02737-RSLW-MRW.

**IT IS SO ORDERED.**

DATED: August 16, 2022        /s/ Ronald S.W. Lew
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge

4